IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SEAN GALLAGHER,

      Appellant,

v.

MAGNOLIA BAY ESTATES
OWNERS' ASSOCIATION,
INC.,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1626

Opinion filed December 15, 2015.

An appeal from the Circuit Court for Walton County.
Thomas R. Santurri, Judge.

Christopher W. Wickersham Jr. of Law Offices of C. W. Wickersham Jr., P.A.,
Jacksonville, for Appellant.

Robert L. Kauffman and Gary A. Shipman of Dunlap & Shipman, P.A., Santa
Rosa Beach, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, THOMAS, and KELSEY, JJ., CONCUR.